UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MAURICE THOMAS

VERSUS

ORIAN GULLOTTA, ET AL.

CIVIL ACTION

NO. 15-435-JJB-RLB

RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated February 23, 2016 (doc. no. 31) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.  Accordingly, Plaintiff's Motion (doc. no. 28) is GRANTED, and the Court's Ruling and Judgment of December 7, 2015 (doc. nos. 25 and 26) are VACATED, and this action is REINSTATED on the Court's Docket.

Baton Rouge, Louisiana, this 16th day of March, 2016.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA